No. 84–6123. ESTES v. UNITED STATES. C. A. 10th Cir. Certiorari denied. JUSTICE WHITE took no part in the consideration or decision of this petition.